UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ALFREDO ANTONIO VELASQUEZ ARAUZ, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) No. 2:26-cv-00104-JPH-MKK ) |
| BRISON SWEARINGEN Clay County, IN Sheriff and Warden, Clay County Jail, SAMUEL OLSON Acting Director, Chicago Field Office, U.S. Immigration and Customs Enforcement, TODD LYONS Acting Director, U.S. Immigration and Customs Enforcement, KRISTI NOEM Secretary, U.S. Department of Homeland Security, PAMELA JO BONDI Attorney General, U.S. Department of Justice, | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Respondents. | ) |

**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS**

Petitioner Alfredo Antonio Velasquez Arauz, by counsel, filed a Petition for Writ of Habeas Corpus on February 16, 2026, in which he asked for immediate release from custody because his detention by U.S. Immigration and Customs Enforcement (ICE) violates the Immigration and Nationality Act, the Administrative Procedure Act, and the Due Process Clause of the Fifth Amendment.

The federal respondents represent in their return to the show cause order that, on February 18, Mr. Velasquez Arauz appeared at an immigration hearing and applied for a voluntary departure, which the immigration judge granted.

1

Dkt. 6 at 1. The respondents indicate that "[t]ypically, the Petitioner would now be promptly removed from the United States pursuant to the voluntary departure," but the Court's order prohibiting them from moving Mr. Velasquez Arauz during the pendency of this habeas proceeding is preventing them from taking that action. *Id.* at 3. Accordingly, they ask the Court to deny the petition and lift the order preventing them from freely moving Mr. Velasquez Arauz.

In his traverse, Mr. Velasquez Arauz, by counsel, states "[a]t his February 18, 2026 hearing before the immigration judge, Petitioner appears to have accepted the immigration judge's instructions that since he was not represented by counsel at his most recent hearing, he must accept pre-conclusion voluntary departure." Dkt. 11 at 1. He does not disagree that, currently, the voluntary departure order is in place, though he indicates that he is "considering his immigration options." *Id.* He asks the Court to "dispose of this petition in the appropriate manner and [do] so **without prejudice**." *Id.* at 2.

Based on these representations and evidence, the Court **DENIES** the Petition for Writ of Habeas Corpus, dkt. [1] and **LIFTS** the restriction on moving Mr. Velasquez Arauz. Final judgment will issue by separate entry. This action is **DISMISSED without prejudice**.

**SO ORDERED.**

Date: 2/26/2026

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel